29 So.2d 884

### Bunia RICHARDSON v. STATE.
### 6 Div. 570.

Supreme Court of Alabama.
April 10, 1947.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the petition.

Chester Austin, of Birmingham, opposed.

GARDNER, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Richardson v. State, Ala.App., 29 So.2d 883.

Writ denied.

BROWN, LIVINGSTON, and SIMPSON, JJ., concur.